**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER LEON DIXON, | Case No.: 2:26-cv-00312-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 5] |
| LANCE J. HENDRON, et al., | |
| Defendants | |

On April 20, 2026, Magistrate Judge Youchah recommended that I (1) vacate her prior report and recommendation (ECF No. 3); (2) treat her newly issued report and recommendation (ECF No. 5) as her operative decision; (3) dismiss plaintiff Christopher Dixon's Sixth Amendment ineffective assistance of counsel claim without prejudice, but without leave to amend through a civil rights claim because this claim must be raised in a habeas corpus petition; (4) stay the remainder of Dixon's claims pending completion of his underlying state court proceedings, and (5) direct the clerk of court to administratively close this case. Dixon did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 5) is accepted.

I FURTHER ORDER that plaintiff Christopher Dixon's Sixth Amendment ineffective assistance of counsel claim be dismissed without prejudice, but without leave to amend through a civil rights claim because this claim must be raised in a habeas corpus petition

I FURTHER ORDER that the remainder of Dixon's claims are STAYED pending completion of his underlying state court proceedings.

I FURTHER ORDER the clerk of court to administratively close this case.  Plaintiff Christopher Dixon may move to reopen this case upon completion of the underlying criminal proceedings.

DATED this 7th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2